UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                :

RENATO VELATI and YOLANDA VELATI,      :

                             Plaintiffs,                :

                                                   :        22 Civ. 6569 (JPC)
         -v-                                             :

                                                   :        <u>ORDER</u>
UNITED STATES OF AMERICA *et al.*,            :

                                                   :

                           Defendants.              :

                                                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Complaint in this action was filed on August 2, 2022.  Dkt. 1.  Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

        Plaintiffs are ordered to file a status letter by November 10, 2022, describing (1) whether service of the summons and Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiffs request an extension of time to serve Defendants. If Plaintiffs request an extension of time to effect service, they shall include in their letter an explanation of why there is good cause to excuse their failure to serve Defendants within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  If service of the summons and Complaint has been made on Defendants, Plaintiffs must file proof of service on the docket no later than November 10, 2022.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge