```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RENATO VELATI et al.,                                                  :
                                                                       :
                                Plaintiffs,                            :
                                                                       :        22 Civ. 6569 (JPC)
                -v-                                                    :
                                                                       :              ORDER
UNITED STATES OF AMERICA et al.,                                       :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In their pre-motion letter seeking leave to file a motion to dismiss, Defendants cited provisions from the 2016 solicitation for an independent contractor that would provide janitorial services for the Jacob K. Javits Federal Building, among others, and from the Scope of Work issued in connection with that solicitation. Dkt. 14 at 2. The letter further referenced a contract awarded to Fedcap Rehabilitation Services, Inc. following that solicitation, which allegedly was active during the incident giving rise to this lawsuit. Because the solicitation, Scope of Work, and contract are central the arguments that Defendants set forth in the letter and that the Court plans to discuss at the February 22, 2023 conference scheduled in this case, Defendants are ordered to produce copies of the solicitation, Scope of Work, and contract to Plaintiffs and to the Court by February 17, 2023, either through e-mail or through ECF.

SO ORDERED.

Dated: February 13, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge